**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| MTD Products Inc.<br><br>　　　　　　　PLAINTIFF,<br><br>　V.<br><br>United States<br><br>　　　　　　　DEFENDANT. | Court Number: 23-00184<br><br>**CUSTOMS CASE<br>MANAGEMENT<br>CALENDAR** |

## ORDER OF DISMISSAL

This action, previously placed in the above entitled calendar and not removed therefrom at the expiration of the applicable period of time of removal, is hereby dismissed for lack of prosecution pursuant to Rule 83(c).

　　　　　　　　　　　　　　　　　　　　　　Mario Toscano
　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

Date: 9/3/2025

　　　　　　　　　　　　　　　　By:　/s/ Stephen Swindell
　　　　　　　　　　　　　　　　　　　Deputy Clerk